IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DYLAN PATTERSON,<br><br>        Defendant. | **8:12CR311**<br><br>**ORDER EXTENDING TIME FOR SELF-SURRENDER** |

This matter is before the court on the parties' joint oral motion to continue the defendant's self-surrender date. After considering the matter, the court will grant the motion.

IT IS THEREFORE ORDERED that the date for the defendant, Dylan Patterson, to self-surrender to the facility designated by the Bureau of Prisons is extended to 2:00 p.m. on June 4, 2014.

Dated this 28th day of April, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge